UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Alan Peters                                    Docket No. 5:16-CR-142-1FL

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Alan Peters, who, upon an earlier plea of guilty to 18 U.S.C. §922(a)(6), False Statements to Purchase Firearms, was sentenced by the Honorable John F. Nangle, U.S. District Judge, for the Southern District of Georgia, on February 26, 2007, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Christopher Alan Peters was released from custody on November 20, 2014, at which time the term of supervised release commenced.

On April 7, 2016, the defendant was arrested for Misdemeanor Assault on a Female in Cumberland County, North Carolina. The Southern District of Georgia was notified of the arrest and jurisdiction was requested. On June 9, 2016, the charge of Misdemeanor Assault on a Female was voluntarily dismissed. On June 22, 2016, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant committed the offense of Speeding and Driving While Impaired on January 16, 2017, in Cumberland County, North Carolina. The defendant admitted to drinking an alcoholic beverage prior to driving his vehicle. It is recommended that an alcohol abstinence condition be added as well as 90 days on our Remote Alcohol Monitoring Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect. Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: February 01, 2017

Christopher Alan Peters
Docket No. 5:16-CR-142-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 3rd day of February, 2017, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
_____
Louise W. Flanagan
U.S. District Judge